

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:20-cr-00449-SI |
|---|---|
| v. | INDICTMENT |
| ALEXA DARON GRAHAM, aka Daron Alexander Graham | 18 U.S.C. § 39A |
| | Forfeiture Allegation(s) |
| Defendant. | UNDER SEAL |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Aiming a Laser Pointer at an Aircraft)**
**(18 U.S.C. § 39A)**

On or about August 7, 2020, in the District of Oregon, defendant ALEXA DARON GRAHAM, aka Daron Alexander Graham, did unlawfully and knowingly aim the beam of a laser pointer at a Portland Police Bureau Cessna 172, known as Air One, an aircraft in the special aircraft jurisdiction of the United States;

In violation of Title 18, United States Code, Section 39A.

///

///

///

///

**Indictment** Page 1
Revised April 2018

## FIRST FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the laser pointer involved in that offense.

Dated: September 23, 2020                    A TRUE BILL.

                                             OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

HANNAH HORSLEY, CASB #220436
Assistant United States Attorney