SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney
District of Oregon
**HANNAH HORSLEY, CASB #220436**
Assistant United States Attorney
Hannah.Horsley@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00449-SI |
| v. | GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITH PREJUDICE |
| **ALEXA DARON GRAHAM, aka** Daron Alexander Graham | |
| **Defendant.** | |

Plaintiff United States of America moves to dismiss this indictment with prejudice in the interest of justice. Defendant has completed the requirements for the deferred resolution agreement.

Dated: January 14, 2022.

Respectfully submitted,

SCOTT ERIK ASPHAUG
United States Attorney

*/s/ Hannah Horsley*
HANNAH HORSLEY, CASB #220436
Assistant United States Attorney